**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 14, 2016**

X **/s/ Kristy Runk Bryan, Esq.**
Signature of individual signing on behalf of debtor

**Kristy Runk Bryan, Esq.**
Printed name

**Attorney**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **2,772,840.99** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **2,772,840.99** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **580,960.80** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **580,960.80** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **checking** | **5155** | **$1,589,084.29** |
| 3.2. | **Citibank; Debtor may not have an ownership interest in the account** | **Work Comp Funding Account** | **2883** | **$54,000.00** |

4. **Other cash equivalents** *(Identify all)*

4.1. **Cash Investment Account BOA - $671,582.98 (collateral acct) (ACE Insurance lien on acct)**
**EMP/AP Checking (Bank of Am) - $(23.24)**
**Advance - JW Runk - $266.00** — **$671,582.98**

5. **Total of Part 1.** **$2,314,667.27**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. **Prepaid expenses** | **$22,016.20** |
| 8.2. **Prepaid Insurance 2015-2016** | **$6,250.59** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. **$28,266.79**

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **58,107.28** | - | **0.00** | = .... | **$58,107.28** |
| 11a. 90 days old or less: | **350,670.38** | - | **0.00** | = .... | **$350,670.38** |
| 11a. 90 days old or less: | **4,561.66** | - | **0.00** | = .... | **$4,561.66** |
| 11a. 90 days old or less: | **16,567.61** | - | **0.00** | = .... | **$16,567.61** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$429,906.93**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Reimbursement for Storage owed by YP, 2247 Northlake Parkway, Smyrna, GA 30081**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Pg 6 of 37

Debtor **Directory Distributing Associates, Inc.** Case number *(If known)* **16-47428**
Name

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 4
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Directory Distributing Associates, Inc.** Case number *(If known)* **16-47428**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,314,667.27** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$28,266.79** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$429,906.93** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*......................................................................................**>** | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$2,772,840.99** | **+ 91b. $0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,772,840.99** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>P.O. Box 66778<br>STOP5334STL<br>Saint Louis, MO 63166**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For notice purposes only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Missouri Department of Labor<br>Division of Employment Security<br>P.O. Box 59<br>Jefferson City, MO 65104**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For notice purposes only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 43533 Best Case Bankruptcy

2.3 Priority creditor's name and mailing address
**Missouri Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 475**
**301 West High Street**
**Jefferson City, MO 65105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**ACE American Insurance Company**
**436 Walnut Street**
**Attn: Collateral Manager**
**Philadelphia, PA 19106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **collateral account of $671k with ACE named beneficiary**
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**AT&T**
**675 West Peachtree St NW**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Lit and Claim**
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**AT&T**
**P. O. Box 105068**
**Atlanta, GA 30348-5068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$76.02**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Thrifty - recvd demand from debt collector account does not belong to DDA; denied liability**
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Bank of America**
**P.O. Box 21848**
**Greensboro, NC 27420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **LOC Fee**
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Burgess Consulting, Inc.**
**167 Lamp & Lantern Village, Ste 16**
**Chesterfield, MO 63017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contractor - contract for litigation support and database help**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Directory Distributing Associates, Inc.** Case number (if known) **16-47428**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.6 | **Chris Mentillo**<br>**20 Rowell Road**<br>**Wrentham, MA 02093**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **WC01** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Pending workers' comp claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Datotel**<br>**710 N Tucker, Ste. 400**<br>**Saint Louis, MO 63101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Server storage and maintenance - paid up to date, next due December 2017**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.8 | **Derrell's Mini Storage**<br>**2425 Santa Fe Dr.**<br>**Merced, CA 95348**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Document storage in CA - Not due until January 1**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.9 | **Dewey Thompson**<br>**10033 County Road 206**<br>**Cameron, TX 76520**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **WC01** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Pending workers' comp claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Employment Development Department**<br>**State of California**<br>**PO Box 826215 MIC 3A**<br>**Sacramento, CA 94230-6215**<br>Date(s) debt was incurred **9/30/07, 12/31/07**<br>Last 4 digits of account number **6597** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Unemployment and Disability**<br>Is the claim subject to offset? ■ No ☐ Yes | **$59,494.97** |
| 3.11 | **Erdadour, c/o USA Risk**<br>**2836 Airport Road**<br>**Barre, VT 05641**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **work comp**<br>Is the claim subject to offset? ■ No ☐ Yes | **$160,000.00** |
| 3.12 | **Eric Sherman**<br>**66 Arbor Hill Court**<br>**Wentzville, MO 63385**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor- IT**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.13** Nonpriority creditor's name and mailing address
**Ervin Walker**
**4014 Prudence**
**Houston, TX 77045**
Date(s) debt was incurred _
Last 4 digits of account number **0578**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Fraud - Class Action**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Floyd Tatum**
**1791 Another Way**
**Fulton, MO 65251**
Date(s) debt was incurred _
Last 4 digits of account number **WC01**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Pending workers' comp claim**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**Gallagher Bassett**
**2 Pierce Place, 3rd Floor**
**Itasca, IL 60143**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **workers comp Post 2007 WC**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Gallagher Bassett**
**2 Pierce Place, 3rd Floor**
**Itasca, IL 60143**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Personal Injury Claims-For Notice Purposes Only**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**Glen Runk**
**13987 Hennick Road**
**Sainte Genevieve, MO 63670**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **contractor - records management**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**Globe**
**710 N Tucker, Ste. 100**
**Saint Louis, MO 63101**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$36,123.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Document storage in STL**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**Jack Runk**
**519 Redondo Drive**
**Chesterfield, MO 63017**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **contractor - record management**
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.20** Nonpriority creditor's name and mailing address
**James Krawczyk**
**c/o Mark Molumphy**
**Cotchett, Pitre & McCarthy, LLP**
**840 Malcolm Road, Suite 200**
**Burlingame, CA 94010**
Date(s) debt was incurred **8/30/2016**
Last 4 digits of account number **31VC**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Lawsuit filed in CA**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Jesus Villalobos**
**13412 Adler Street**
**Victorville, CA 92392**
Date(s) debt was incurred _
Last 4 digits of account number **WC01**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Pending workers' comp claim**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**John Runk**
**8512 State Route C**
**Sainte Genevieve, MO 63670**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Director**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**Judith Runk**
**8512 State Route C**
**Sainte Genevieve, MO 63670**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Director**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**Kristy Runk Bryan**
**171 Blackrock Lane**
**Welden Spring, MO 63304**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Contractor- legal and administrative**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**Lewis Brisbois**
**633 W 5th Street, Ste. 4000**
**Los Angeles, CA 90071**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Legal - Krawczyk**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**Lisa Collins**
**1612 19th Street**
**Galveston, TX 77550**
Date(s) debt was incurred _
Last 4 digits of account number **WC01**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Pending workers comp claim to be paid by insurance company**
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.27 **Nonpriority creditor's name and mailing address**
**Lockton Companies, LLC**
**3 Cityplace Drive, Suite 900**
**Saint Louis, MO 63141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Insurance - annual charge for consultant services**
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Lockton Companies, LLC**
**3 Cityplace Drive, Suite 900**
**Saint Louis, MO 63141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,269.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Accounting error caused Lockton to issue a double refund**
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Luttrell & Williams**
**3000 Weslayan St #365**
**Houston, TX 77027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Legal Fees - Walker**
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Maria Mendez**
**9908 Thaxton Rd - E**
**Austin, TX 78747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **WC01**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending workers' comp claim**
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**McCarthy Leonard Kaemmerer**
**825 Maryville Centre Drive, Ste. 300**
**Chesterfield, MO 63017-5946**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Legal - Walker/Krawczyk**
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Morvant Ridge**
**203 S Landry Drive**
**Gretna, LA 70056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending workers' comp claim claim to be paid by insurance company**
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Nat Mendez**
**9908 Thaxton Rd - E**
**Austin, TX 78747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **WC01**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending workers' comp claim**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.34** **Nonpriority creditor's name and mailing address**
**NRAI**
**PO Box 4349**
**Carol Stream, IL 60197-4346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Registered agent svc in other states - due Spring 2017**
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Ogletree**
**PO Box 89**
**Columbia, SC 29202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Lit and Claim (At&T is their client) Paid under indemnity clause of AT&T**
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Rackers & Fernandez**
**334 Jungermann Road**
**Saint Peters, MO 63376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **tax and accounting**
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Rich Rackers**
**904 Shiloh Place**
**Jefferson City, MO 65109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$43,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract employee**
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**Roland Kolwicz**
**2 Patriot Lane #7**
**Georgetown, MA 01833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **WC01**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending workers' comp claim.**
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Server Express, Inc.**
**3854 Broadmoor Ave SE**
**Grand Rapids, MI 49512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **server maintenance (crnt - next payment 1/1/17)**
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**Susan Westrich**
**6203 Hawkins Farm Place**
**Saint Louis, MO 63129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **contractor- accounting**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.41** **Nonpriority creditor's name and mailing address**
**The UPS Store**
**1324 Clarkson Clayton Center,**
**Ballwin, MO 63011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**Travelers**
**940 Westport Plaza**
**Saint Louis, MO 63146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance - Genl Liability
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**Travelers**
**2420 Lakemont Avenue**
**PO Box 3556**
**Orlando, FL 32802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance - work comp
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**Travelers**
**2420 Lakemont Avenue**
**PO Box 3556**
**Orlando, FL 32802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance - crime
Is the claim subject to offset? ■ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
**Travelers**
**2420 Lakemont Avenue**
**PO Box 3556**
**Orlando, FL 32802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance - fiduciary
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Travelers**
**2420 Lakemont Avenue**
**PO Box 3556**
**Orlando, FL 32802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance - Umbrella
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**UHY Advisors**
**15 Sunnen Drive, Suite 100**
**Saint Louis, MO 63143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advisor
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.48 **Nonpriority creditor's name and mailing address**
**UHY Advisors**
**15 Sunnen Drive, Suite 100**
**Saint Louis, MO 63143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,065.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Required Reviewed of Retirement Account**
Is the claim subject to offset? ■ No ☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**
**UPS Store**
**1324 Clarkson Clayton Center**
**Ballwin, MO 63011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**
**Walter Collins**
**31898 Palmyra Road**
**Warrenton, MO 63383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **WC01**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending workers comp claim.**
Is the claim subject to offset? ■ No ☐ Yes

---

3.51 **Nonpriority creditor's name and mailing address**
**Walter J. Kronzer, Esq.**
**3000 Weslayan, Ste. 247**
**Houston, TX 77027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$681.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Walker case; Legal fees**
Is the claim subject to offset? ■ No ☐ Yes

---

3.52 **Nonpriority creditor's name and mailing address**
**YP**
**2247 Northlake Parkway**
**Smyrna, GA 30081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Lit and Claim**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 580,960.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 580,960.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Digital services agreement** | |
| | State the term remaining | **M2M** | **Datotel<br>710 N Tucker, Ste. 400<br>Saint Louis, MO 63101** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit x2473** | |
| | State the term remaining | **M2M** | **Derrel's Mini Storage, Inc.<br>3265 West Ashlan Ave.<br>Fresno, CA 93722** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit x2561** | |
| | State the term remaining | **M2M** | **Derrel's Mini Storage, Inc.<br>3265 West Ashlan Ave.<br>Fresno, CA 93722** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit x2706** | |
| | State the term remaining | **M2M** | **Derrel's Mini Storage, Inc.<br>3265 West Ashlan Ave.<br>Fresno, CA 93722** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **1/1/16 through 12/31/16 Initial term**<br><br>**Contract employee - technology services and guidance for shareholders, c ompany and company affiliates, etc.** | **Eric Sherman**<br>**66 Arbor Hill Court**<br>**Wentzville, MO 63385** |
| State the term remaining | **2 and 1/2 months** | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **1/1/16 through 12/31/16**<br><br>**Contract Employee - administrative and litigation support for shareholders, company, company affiliates, etc.** | **Glen Runk**<br>**13987 Henick Road**<br>**Sainte Genevieve, MO 63670** |
| State the term remaining | **2 and 1/2 months** | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **710 North Tucker, St. Louis, MO 63101, 10,321 square feet, located on 2nd and 5th floor on building, Suites 216-217, Suites 508-509**<br><br>**Term 11/1/15 through 10/31/17** | **Globe Building Company**<br>**710 North Tucker, Suite 100**<br>**Saint Louis, MO 63101** |
| State the term remaining | **1 year and 1 month** | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **1/1/16 through 12/31/16**<br><br>**Contract employee - perform comprehensive accounting service and guidance** | **GW Drago Consultants, LLC**<br>**Lee Garven**<br>**208 Centerfield Drive**<br>**O Fallon, MO 63366** |
| State the term remaining | **2 and 1/2 months** | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1/1/16 through 12/31/16**<br>**Contract Employee - Perform comprehensive accounting services and guidance**<br>**2 and 1/2 months** | **GW Drago Consultants, LLC**<br>**Rick Weule**<br>**208 Centerfield Drive**<br>**O Fallon, MO 63366** |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1/1/16 through 12/31/16**<br>**Contract Employee - industry expertise and administrative and litigation support**<br>**2 and 1/2 months** | **Jack Runk**<br>**519 Redondo Drive**<br>**Chesterfield, MO 63017** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1/1/16 through 12/31/16**<br>**Contract Employee - Perform comprehensive tax support including tax preparation**<br>**2 and 1/2 months** | **Rich Rackers**<br>**904 Shiloh Place**<br>**Jefferson City, MO 65109** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **3/1/16 through 2/28/17**<br>**5 Months** | **Service Express, Inc.**<br>**3854 Broadmoor Ave., SE**<br>**Grand Rapids, MI 49512** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any | **contract ee - perform comprehensive acct. services & guidance 2 and 1/2 months remaining**<br>**1/1/16-12/31/16** | **Susan Westrich**<br>**6203 Hawkins Farm Place**<br>**Saint Louis, MO 63129** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Directory Distributing Associates, Inc.** Case number (*if known*) **16-47428**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Year end services - audit** | |
| State the term remaining | | **UHY LLP**<br>**Dept CH 16401**<br>**Palatine, IL 60055** |
| List the contract number of any government contract | | |

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** Page 4 of 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AT&T Corp** | **c/o Katherine Treistman<br>Orrick, Herrington & Sutcliffe LLP<br>1301 McKinney Street, Suite 4100<br>Houston, TX 77010-3096** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.2 | **Laura Washington** | **c/o L. Don Luttrell<br>Luttrell & Williams, P.C.<br>3000 Wesleyan, Suite 245<br>Houston, TX 77027** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.3 | **Richard Price** | **c/o L. Don Luttrell<br>Luttrell & Williams, P.C.<br>3000 Wesleyan, Suite 245<br>Houston, TX 77027** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.4 | **Roland E. Schmidt** | **c/o L. Don Luttrell<br>Luttrell & Williams, P.C.<br>3000 Wesleyan, Suite 245<br>Houston, TX 77027** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Directory Distributing Associates, Inc.** Case number *(if known)* **16-47428**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Sandy Sanders** | **c/o L. Don Luttrell<br>Luttrell & Williams, P.C.<br>3000 Wesleyan, Suite 245<br>Houston, TX 77027** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.6 | **Steve Washington** | **c/o L. Don Luttrell<br>Luttrell & Williams, P.C.<br>3000 Wesleyan, Suite 245<br>Houston, TX 77027** | **Ervin Walker** | ☐ D<br>■ E/F **3.13**<br>☐ G |

Official Form 206H Schedule H: Your Codebtors Page 2 of 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-47428**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$29,410,819.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$51,346,180.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Walter James Kronzer, III**<br>**3000 Weslayan, Ste. 247**<br>**Houston, TX 77027** | | **$50,948.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal and Auditing - Walker** |
| 3.2. | **Lewis Brisbois**<br>**633 W 5th Street, Ste. 4000**<br>**Los Angeles, CA 90071** | | **$2,347.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal & Auditing - krawczyk** |
| 3.3. | **McCarthy Leonard Kaemmerer**<br>**825 Maryville Centre Drive, Ste. 300**<br>**Chesterfield, MO 63017-5946** | | **$18,346.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal & Auditing - Walker & Krawczyk** |
| 3.4. | **UHY LLP**<br>**Dept CH 16401**<br>**Palatine, IL 60055** | **7/5/16** | **$22,042.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. | **UHY LLP**<br>**Dept CH 16401**<br>**Palatine, IL 60055** | **8/11/16** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. | **McCarthy Leonard Kaemmerer**<br>**825 Maryville Centre Drive, Ste. 300**<br>**Chesterfield, MO 63017-5946** | **8/25/16** | **$7,592.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | **Datotel**<br>**710 N Tucker, Ste. 400**<br>**Saint Louis, MO 63101** | **9/23/16** | **$15,255.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **McCarthy Leonard Kaemmerer**<br>**825 Maryville Centre Drive, Ste. 300**<br>**Chesterfield, MO 63017-5946** | **10/3/16** | **$14,290.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9. | **Travelers, Chubb/Lockton**<br>**940 Westport Plaza**<br>**Saint Louis, MO 63146** | **10/12/16** | **$20,252.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. | **Luttrell & Williams**<br>**3000 Weslayan St #365**<br>**Houston, TX 77027** | **10/13/16** | **$8,227.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Personal Injury Claims handled by General Liability Carrier** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Walker v DDA<br>201150578** | **Fraud - Class Action** | **Harris Count Circuit Court<br>Court 269th<br>201 Caroline, Floor 13<br>Gilbert, LA 71336** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Krawczyk v DDA<br>3:16-cv-02531-VC** | **Fair Labor Standards Act** | **US District Court of California<br>Northern District<br>(San Francisco)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Work comp claims handled by Gallagher Basset and coordinating with Edrador Insurance Co., also owned by John Runk.** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Williams v. DDA<br>3:15-cv-02233-B** | **Employment Discrimination** | **US District Court of Texas<br>Northern District of Texas<br>(Dallas)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Famogun v. DDA<br>1:14-cv-00493-S-LDA** | **Employment Discrimination** | **U.S. District Court Rhode Island<br>District of Rhode Island<br>(Providence)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Aaroni, et al v. DDA et al<br>15-0396** | **Petition for Review** | **269th Distric t Court<br>Harris County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Aaroni, et al v. DDA et al<br>14-13-00784-CV** | **Appeal** | **14th Court of Appeals** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Desai Eggmann Mason LLC<br>7733 Forsyth Blvd., Suite 800<br>Saint Louis, MO 63105** | | **10/7/16** | **$25,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **HEADQUARTERS**<br>**1602 PARK 370 COURT**<br>**Hazelwood, MO 63042** | **Est. 09/01/2008 – closed 12/31/16** |
| 14.2. | **HEADQUARTERS**<br>**2670 BRECKINRIDGE BLVD**<br>**Duluth, GA 30096** | **Est. 05/01/1997 – 3/31/15** |
| 14.3. | **GRAND PRAIRIE, TX WAREHOUSE**<br>**2951 N. GREAT SOUTHWEST PKWY**<br>**Grand Prairie, TX 75050** | **Est. 05/19/2004 – closed 3/30/15** |
| 14.4. | **Current mailing only, no office**<br>**1324 Clarkson Clayton Center Box 348**<br>**Ballwin, MO 63011** | **Est 10/31/15- present** |
| 14.5. | **Short-term very small office**<br>**248 E Crogan St.**<br>**Lawrenceville, GA 30046** | **Est 3/15/15 - closed 12/23/15** |
| 14.6. | **Short-term very small office**<br>**2100 N. Highway 360, Suite 1905**<br>**Grand Prairie, TX 75050** | **Est 4/1/15-closed 2/1/16** |
| 14.7. | **Temp Office Space**<br>**111 Westport Plaza Dr. Ste 600**<br>**Saint Louis, MO 63146** | **Est. 12/1/15-closed 3/31/16** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Derrel's Mini Storage, Inc.**<br>**3265 West Ashlan Ave.**<br>**Fresno, CA 93722** | **Kristy Runk Bryan** | **Number 2473** | ☐ No<br>■ Yes |
| **Derrel's Mini Storage, Inc.**<br>**3265 West Ashlan Ave.**<br>**Fresno, CA 93722** | **Kristy Runk Bryan** | **Number 2561** | ☐ No<br>■ Yes |
| **Derrel's Mini Storage, Inc.**<br>**3265 West Ashlan Ave.**<br>**Fresno, CA 93722** | **Kristy Runk Bryan** | **Number 2706** | ☐ No<br>■ Yes |
| **Globe**<br>**710 N Tucker, Ste. 100**<br>**Saint Louis, MO 63101** | **Kristy Runk Bryan** | **Bulk of Records** | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Michael Shelton**<br>**348 Brunhaven Court**<br>**Chesterfield, MO 63017** | **7/1/1972 - 12/31/2015** |
| 26a.2. | **Lee Garven**<br>**208 Centerfield Drive**<br>**O Fallon, MO 63366** | **Senior Acct. Manager: 6/12/1972 - 12/31/2015**<br>**GW Drago Acct. Support: 1/1/2016 - 3/31/2016** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.3. | **Susan Westrich**<br>**6203 Hawkins Farm Place**<br>**Saint Louis, MO 63129** | **Senior Accountant: 9/26/1985 - 12/31/2015 Indv. Accounting Consultant/Banking Assistance: 1/1/2016 - Present** |
| 26a.4. | **Rick Weule**<br>**2685 Narraganset Drive**<br>**Florissant, MO 63033** | **Accountant: 12/12/1994 - 12/31/2015 GW Drago Accounting Supp: 1/1/2016 - Present** |
| 26a.5. | **Hope Brennan**<br>**25 Northwinds Drive**<br>**Saint Peters, MO 63376** | **Senior Tax Accountant: /21/2008 - 12/31/2015 Subcontractor of Rich Rackers /1/1/2016 - Present** |
| 26a.6. | **Richard Rackers**<br>**904 Shiloh Place**<br>**Jefferson City, MO 65109** | **Director Tax & Quality: 5/1/1983 - 12/31/2015 Independent Tax Advisor: 1/1/2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Bank of America**<br>**P.O. Box 21848**<br>**Greensboro, NC 27420** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Indenture Trust of John W. Runk** | **U/A dtd 8/23/99<br>8512 State Route C<br>Sainte Genevieve, MO 63670** | **John is president / Shareholder** | **Class A 8,000 shares, voting** |
| **Indenture Trust of John W. Runk** | **U/A dtd 8/23/99<br>8512 State Route C<br>Sainte Genevieve, MO 63670** | **John is President - Shareholder** | **95,000 shares; Class B, non-voting** |
| **Jack W. Runk Irrevocable Gift Trust** | **U/A dtd 3/30/2005<br>8512 State Route C<br>Sainte Genevieve, MO 63670** | **Shareholder / Jack was a VP** | **Shareholder, 19,000 shares, Class B, non- voting** |
| **Kristy Runk Bryan Irrevocable Gift Trust** | **U/A dtd 3/30/2005<br>8512 State Route C<br>Sainte Genevieve, MO 63670** | **Secretary, shareholder** | **19,000 shares, class B, non-voting** |
| **Glen J. Runk Irrevocable Gift Trust** | **U/A dtd 3/30/2005<br>8512 State Route C<br>Sainte Genevieve, MO 63670** | **Shareholder, never been an officer** | **19,000 shares, Class B, non-voting** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Fowler** | **1039 Hampstead Lane<br>Ormond Beach, FL 32174** | **CEO, Exec. VP** | **7/25/1983 - 12/31/2015** |
| **Michael Shelton** | **348 Brunhaven Court<br>Chesterfield, MO 63017** | **VP - Treasurer** | **7/1/1972 - 12/31/2015** |
| **Jack Runk (as officer)** | **519 Redondo Drive<br>Chesterfield, MO 63017** | **VP - Supermedia/Independents** | **8/20/1984-12/31/15** |
| **Stan Sivori** | **214 Woods of Boerne Blvd<br>Boerne, TX 78006** | **VP - YP Operations** | **9/30/1979-12/31/15** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John (Jack) Nolan** | **3421 Saginaw Ave<br>The Villages, FL 32163** | **VP - YP Southeast Region** | **8/11/1980-12/31/15** |
| **Kristy Runk Bryan** | **171 Blackrock Lane<br>Saint Charles, MO 63304** | **General Counsel & Secretary (continues as Secretary during wind up)** | **1/1/2005-12/31/15** |
| **John Runk** | **8512 State Route C<br>Sainte Genevieve, MO 63670** | **President (continues as President during wind up)** | **2/1/1961-12/31/15** |
| **Judith Runk** | **8512 State Route C<br>Sainte Genevieve, MO 63670** | **President** | **1/1/2008-12/31/15** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Directory Distributing Associates, Inc.** Case number *(if known)* **16-47428**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 14, 2016**

| **/s/ Kristy Runk Bryan, Esq.** | **Kristy Runk Bryan, Esq.** |
| --- | --- |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor **Attorney**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **12**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Directory Distributing Associates, Inc.** Debtor(s)

Case No. **16-47428**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glen J. Runk Irrevocable Gift Trust U/A dtd 3/30/2005 8512 State Route C Sainte Genevieve, MO 63670** | **Class B** | **19,000** | **Non-Voting** |
| **Indenture Trust of John W. Runk U/A dtd 8/23/99 8512 State Route C Sainte Genevieve, MO 63670** | **Class A** | **8000** | **Voting** |
| **Indenture Trust of John W. Runk U/A dtd 8/23/99 8512 State Route C Sainte Genevieve, MO 63670** | **Class B** | **95,000** | **Non-Voting** |
| **Jack W. Runk Irrevocable Gift Trust U/A dtd 3/30/2005 8512 State Route C Sainte Genevieve, MO 63670** | **Class B** | **19,000** | **Non-Voting** |
| **Kristy Runk Bryan Irrevocable Gift Trust U/A dtd 3/30/2005 8512 State Route C Sainte Genevieve, MO 63670** | **Class B** | **19,000** | **Non-Voting** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Attorney** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 14, 2016**

Signature **/s/ Kristy Runk Bryan, Esq.**
**Kristy Runk Bryan, Esq.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Directory Distributing Associates, Inc.** — Debtor(s)

Case No. **16-47428**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Directory Distributing Associates, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 14, 2016**
Date

**/s/ Robert E. Eggmann**
**Robert E. Eggmann**
Signature of Attorney or Litigant
Counsel for **Directory Distributing Associates, Inc.**

**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600 Fax:314-854-8660**
**ree@carmodymacdonald.com**