# United States Trustee Program - Chapter 11
## Monthly Operating Report
### Region 13 - Eastern District of Missouri

**Case Name:** Directory Distributing Associates, Inc.

**Case Number:** 16-47428

**Reporting MM/DD/YY:** August 31, 2017

**Date Bankruptcy Filed:** October 14, 2016

E-MAIL THIS UST MOR FORM BY THE 21ST OF THE FOLLOWING MONTH TO:   USTPRegion13.SL.ECF@Usdoj.gov
THE FILE NAME SHOULD INCLUDE:  [MOR][CASE NUMBER][MONTH][YEAR] (e.g., MOR-06-12345-01-2007.pdf or .xls)

E-MAIL BANK STATEMENTS SEPARATELY BY THE 21ST OF THE FOLLOWING MONTH TO:  USTPRegion13.SL.ECF@Usdoj.gov
THE FILE NAME SHOULD INCLUDE:  [BANK][CASE NUMBER][MONTH][YEAR] (e.g., BANK-06-12345-01-2007.pdf )

Monthly Chapter 11 **Individual** Operating Report - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:** 9/20/2017

**Signed:** *[signature]*

**Title:** Trustee

**Printed Name:** John P. Vaclavek
Williams-Keepers LLC
▶

| | |
|---|---|
| *Directory Distributing Associates, Inc.*<br>*16-47428*<br>*August 31, 2017*<br>*October 14, 2016* | **General Notes** |

**Debtor-in-Possession Financial Statements** – The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

American Institute of Certified Public Accountants Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code" ("SOP 90-7"), which is applicable to companies in Chapter 11, generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the Chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The Debtor's financial statements contained herein have been prepared in accordance with the guidance in SOP 90-7. The unaudited financial statements have been derived from the books and records of the Debtor. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Trustee believes the financial information of the debtor could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The Debtor ceased operations on December 31, 2015. Subsequent to December 31, 2015, the Debtor has not been engaged in any operating activities but instead was in the process of winding down its financial affairs. All reported results in this monthly operating report are related to the bankruptcy process and the winding down of the Debtor's financial affairs.

**Bank Account Reconciliations & Cash Disbursement Journals** - The Trustee affirms the Debtor's bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Trustee affirms that within the Debtor's financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Litigation** - The Debtor is engaged in litigation related to the Fair Labor Standards Act. The litigation has not progressed to a point where an estimate of the outcome can be made. Therefore, no liability has been included in these financial statements for any possible obligation as a result of the ultimate outcome of this litigation.

| Directory Distributing Associates, Inc. | BALANCE SHEET (Assets) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-47428 | FILING DATE | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED |
| August 31, 2017 | | | | | | | | | | | | |
| October 14, 2016 | 10/14/16 | 10/31/16 | 11/30/16 | 12/31/16 | 01/31/17 | 02/28/17 | 03/31/17 | 04/30/17 | 05/31/17 | 06/30/17 | 07/31/17 | 08/31/17 |
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Cash checking (Bank of America 5155) | 1,585,084.29 | 1,589,659.90 | - | - | - | - | - | - | - | - | - | - |
| Cash payroll & payables (Bank of America 6196) | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash DIP (Bank of America 8637) | - | - | 1,495,092.75 | 1,343,228.07 | 1,343,588.07 | 1,343,588.07 | 1,328,587.82 | 1,202,336.77 | 1,125,613.60 | 1,029,632.60 | 973,694.29 | 942,666.78 |
| CD (collateral for work comp insurer) | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 671,582.98 | 672,045.01 | 672,045.01 |
| Accounts Receivable (Sch A) | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses/Deposits: | | | | | - | - | - | - | - | - | - | - |
|   Prepaid Legal Expenses | 26,717.00 | 17,527.84 | 19,539.84 | 5,664.84 | 2,012.00 | 2,012.00 | 2,012.00 | - | - | - | - | - |
|   Other Prepaids/Deposits | 103,085.73 | 94,334.65 | 95,131.63 | 100,817.95 | 93,432.88 | 93,870.02 | 91,578.82 | 78,369.31 | 75,285.78 | 72,202.25 | 68,271.22 | 65,357.19 |
| Other: | | | | | | | | | | | | |
|   Due from Related Parties: | | | | | | | | | | | | |
|     Due from Edradour | 350,670.38 | 350,670.38 | 350,670.38 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 | 350,435.04 |
|     Due from John Runk | 58,373.28 | 58,373.28 | 58,373.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 | 56,259.28 |
|     Due from DDA Limited | 4,561.66 | 4,561.66 | 4,561.66 | - | - | - | - | - | - | - | - | - |
|   State Tax Refunds Due | 8,262.79 | 3,191.37 | 3,191.37 | 2,190.37 | 2,190.37 | 2,190.37 | 260.04 | - | - | - | - | - |
|   Federal Taxes on Deposit | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 | 3,390.00 |
|   Other Current Assets (1) | 16,982.82 | 16,729.56 | 161.95 | 131.95 | 131.95 | 131.95 | - | 9,587.80 | 9,587.80 | 9,587.80 | - | - |
| **TOTAL CURRENT ASSETS** | 2,828,710.93 | 2,810,021.62 | 2,701,695.84 | 2,533,700.48 | 2,523,022.57 | 2,523,459.71 | 2,504,105.98 | 2,371,961.18 | 2,292,154.48 | 2,193,089.95 | 2,124,094.84 | 2,090,153.30 |
| **FIXED ASSETS** | | | | | | | | | | | | |
|   Cost (Sch B) | - | - | - | - | - | - | - | - | - | - | - | - |
|   Accumulated Depreciation | - | - | - | - | - | - | - | - | - | - | - | - |
| **NET BOOK VALUE** | - | - | - | - | - | - | - | - | - | - | - | - |
| **OTHER ASSETS** | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL ASSETS** | 2,828,710.93 | 2,810,021.62 | 2,701,695.84 | 2,533,700.48 | 2,523,022.57 | 2,523,459.71 | 2,504,105.98 | 2,371,961.18 | 2,292,154.48 | 2,193,089.95 | 2,124,094.84 | 2,090,153.30 |

NOTES:
(1)  April, May, and June 2017 amount of $9,587.80 represents the refund due as a result of the cancellation of the E&O coverage effecitve 3/22/2017 as per order, Doc #128 dated 4/6/2017.

**Directory Distributing Associates, Inc.**
16-47428
August 31, 2017
October 14, 2016

## BALANCE SHEET (Liabilities & Equity)

| | FILING DATE 10/14/16 | MONTH ENDED 10/31/16 | MONTH ENDED 11/30/16 | MONTH ENDED 12/31/16 | MONTH ENDED 01/31/17 | MONTH ENDED 02/28/17 | MONTH ENDED 03/31/17 | MONTH ENDED 04/30/17 | MONTH ENDED 05/31/17 | MONTH ENDED 06/30/17 | MONTH ENDED 07/31/17 | MONTH ENDED 08/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | |
| Post Petition Debt (Sch C) | - | 3,138.78 | 40,874.34 | 23,474.85 | 90,059.09 | 158,235.98 | 241,622.23 | 217,160.61 | 217,287.56 | 162,541.04 | 133,657.91 | 144,413.08 |
| Pre Petition Debt | | | | | | | | | | | | |
|   Secured | - | - | - | - | - | - | - | - | - | - | - | - |
|   Unsecured Priority | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 | 1,669.98 |
|   Unsecured Non-Priority (1) | 318,919.23 | 318,919.23 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 | 299,127.56 |
|   Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL LIABILITIES** | 320,589.21 | 323,727.99 | 341,671.88 | 324,272.39 | 390,856.63 | 459,033.52 | 542,419.77 | 517,958.15 | 518,085.10 | 463,338.58 | 434,455.45 | 445,210.62 |
| | | | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | | | |
| Preferred & Common Stock | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 |
| Add'l Paid-In-Capital/Owner draws | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings/Net Assets | | | | | | | | | | | | |
|   - through filing date | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 | 2,348,121.72 |
|   - post filing date | - | (21,828.09) | (148,097.76) | (298,693.63) | (375,955.78) | (443,695.53) | (546,435.51) | (654,118.69) | (734,052.34) | (778,370.35) | (818,482.33) | (863,179.04) |
| **TOTAL EQUITY** | 2,508,121.72 | 2,486,293.63 | 2,360,023.96 | 2,209,428.09 | 2,132,165.94 | 2,064,426.19 | 1,961,686.21 | 1,854,003.03 | 1,774,069.38 | 1,729,751.37 | 1,689,639.39 | 1,644,942.68 |
| | | | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,828,710.93 | 2,810,021.62 | 2,701,695.84 | 2,533,700.48 | 2,523,022.57 | 2,523,459.71 | 2,504,105.98 | 2,371,961.18 | 2,292,154.48 | 2,193,089.95 | 2,124,094.84 | 2,090,153.30 |

NOTES:
(1) The unsecured non-priority pre-petition debt on the Debtor's schedules includes a duplicate listing of $31,269 for the amount owed to Lockton Insurance or Chubb Group of Ins Co's. Ultimately only one creditor will be paid so the amount is included once on this balance sheet.

| Directory Distributing Associates, Inc. | INCOME (LOSS) STATEMENT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-47428 | FILING DATE thru MONTH END | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED |
| August 31, 2017 | | | | | | | | | | | |
| October 14, 2016 | 10/31/16 | 11/30/16 | 12/31/16 | 01/31/17 | 02/28/17 | 03/31/17 | 04/30/17 | 05/31/17 | 06/30/17 | 07/31/17 | 08/31/17 |
| **GROSS SALES** | - | - | - | - | - | - | - | - | - | - | - |
| **COST OF GOODS SOLD** | | | | | | | | | | | |
| Materials | - | - | - | - | - | - | - | - | - | - | - |
| Direct Labor | - | - | - | - | - | - | - | - | - | - | - |
| Manufacturing Overhead | - | - | - | - | - | - | - | - | - | - | - |
| Total Cost of Goods Sold | - | - | - | - | - | - | - | - | - | - | - |
| **GROSS PROFIT** | - | - | - | - | - | - | - | - | - | - | - |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Sales & Marketing | - | - | - | - | - | - | - | - | - | - | - |
| Executive & Mgmt Salaries | - | - | - | - | - | - | - | - | - | - | - |
| Office & Other Salaries | - | - | - | - | - | - | - | - | - | - | - |
| Fringe Benefits (pr taxes) | - | - | - | - | - | - | - | - | - | - | - |
| Rent | 2,127.99 | 4,783.67 | 4,783.67 | 4,803.65 | 4,803.65 | 4,803.65 | 5,110.29 | 4,876.58 | 4,803.65 | 4,803.76 | 4,803.76 |
| Travel & Entertainment | - | 307.40 | 641.72 | - | - | - | - | - | - | - | - |
| Contractor Fees | - | 74,649.15 | 117,705.35 | 1,035.00 | 720.00 | 1,506.50 | 4,123.40 | 3,395.75 | 3,896.20 | 1,260.00 | 1,170.00 |
| Attorney Fees | 9,661.28 | 33,231.39 | 18,576.25 | 66,785.84 | 42,973.10 | 61,679.56 | 65,529.70 | 57,725.60 | 23,233.75 | 22,195.95 | 28,743.43 |
| Accounting Fees | - | - | - | - | 15,006.31 | 28,198.91 | 30,421.19 | 11,975.30 | 10,144.99 | 11,263.71 | 8,707.34 |
| Insurance | 1,885.50 | 3,771.01 | 3,771.00 | 2,064.42 | 2,272.75 | 2,481.09 | 1,331.60 | 793.42 | 1,072.42 | 793.42 | 793.42 |
| Other Professional Fees | - | - | - | - | - | - | - | - | - | - | - |
| Dues & Subscriptions | - | - | - | - | - | - | - | - | - | - | - |
| Telecommunications | - | - | - | - | - | - | - | - | - | - | - |
| Office Supplies | - | 35.00 | 452.58 | - | - | - | - | - | - | - | - |
| Other *(complete subsequent tab)* | 6,528.32 | 7,867.05 | 3,040.30 | 2,356.57 | 1,747.27 | 3,853.61 | 517.00 | 517.00 | 517.00 | (284.50) | 370.43 |
| **TOTAL OPERATING EXPENSES** | 20,203.09 | 124,644.67 | 148,970.87 | 77,045.48 | 67,523.08 | 102,523.32 | 107,033.18 | 79,283.65 | 43,668.01 | 40,032.34 | 44,588.38 |
| **OPERATING INCOME (LOSS)** | (20,203.09) | (124,644.67) | (148,970.87) | (77,045.48) | (67,523.08) | (102,523.32) | (107,033.18) | (79,283.65) | (43,668.01) | (40,032.34) | (44,588.38) |
| **OTHER EXPENSES** | | | | | | | | | | | |
| USTP Quarterly Fees | 1,625.00 | 1,625.00 | 1,625.00 | 216.67 | 216.67 | 216.66 | 650.00 | 650.00 | 650.00 | 541.67 | 108.33 |
| Depreciation & Amortization | - | - | - | - | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - | - | - | - |
| Interest (net) | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OTHER EXPENSES** | 1,625.00 | 1,625.00 | 1,625.00 | 216.67 | 216.67 | 216.66 | 650.00 | 650.00 | 650.00 | 541.67 | 108.33 |
| **INTEREST ON CD** | - | - | - | - | - | - | - | - | - | 462.03 | - |
| **NET INCOME (LOSS)** | (21,828.09) | (126,269.67) | (150,595.87) | (77,262.15) | (67,739.75) | (102,739.98) | (107,683.18) | (79,933.65) | (44,318.01) | (40,111.98) | (44,696.71) |

| Directory Distributing Associates, Inc. | OTHER EXPENSES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-47428 | FILING DATE | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED |
| August 31, 2017 | thru MONTH END | | | | | | | | | | |
| October 14, 2016 | 10/31/16 | 11/30/16 | 12/31/16 | 01/31/17 | 02/28/17 | 03/31/17 | 04/30/17 | 05/31/17 | 06/30/17 | 07/31/17 | 08/31/17 |
| Bank Fees | 1,382.85 | 999.82 | 79.10 | 1,839.57 | 1,230.27 | 3,336.61 | - | - | - | - | 22.93 |
| Server Rent & Maintenance | 184.79 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 | 347.50 |
| Workers Compensation (1) | 4,960.68 | 6,230.08 | 846.50 | 169.50 | 169.50 | 169.50 | 169.50 | 169.50 | 169.50 | (632.00) | - |
| Taxes and Licenses | - | 31.00 | - | - | - | - | - | - | - | - | - |
| Office Expenses | - | 258.65 | 462.11 | - | - | - | - | - | - | - | - |
| Foreign Item Adjustment per Bank | - | - | 1,305.09 | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OTHER EXPENSES** | 6,528.32 | 7,867.05 | 3,040.30 | 2,356.57 | 1,747.27 | 3,853.61 | 517.00 | 517.00 | 517.00 | (284.50) | 370.43 |

NOTES:
(1) The negative expense in July represents a refund on the cancelled workers compensation policy.

| Directory Distributing Associates, Inc. | CASH FLOW STATEMENT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-47428 | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED |
| August 31, 2017 | | | | | | | | | | | |
| October 14, 2016 | 10/31/16 | 11/30/16 | 12/31/16 | 01/31/17 | 02/28/17 | 03/31/17 | 04/30/17 | 05/31/17 | 06/30/17 | 07/31/17 | 08/31/17 |
| Current Month Cash (business accounts) | 1,589,659.90 | 1,495,092.75 | 1,343,228.07 | 1,343,588.07 | 1,343,588.07 | 1,328,587.82 | 1,202,336.77 | 1,125,613.60 | 1,029,632.60 | 973,694.29 | 942,666.78 |
| Prior Month Cash (business accounts) | 1,585,084.29 | 1,589,659.90 | 1,495,092.75 | 1,343,228.07 | 1,343,588.07 | 1,343,588.07 | 1,328,587.82 | 1,202,336.77 | 1,125,613.60 | 1,029,632.60 | 973,694.29 |
| **NET CASH INCREASE (DECREASE)** | 4,575.61 | (94,567.15) | (151,864.68) | 360.00 | - | (15,000.25) | (126,251.05) | (76,723.17) | (95,981.00) | (55,938.31) | (31,027.51) |
| | | | | | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | | | | | |
| Net Income (Loss) | (21,828.09) | (126,269.67) | (150,595.87) | (77,262.15) | (67,739.75) | (102,739.98) | (107,683.18) | (79,933.65) | (44,318.01) | (40,111.98) | (44,696.71) |
| Add: Non-cash (dep & amort) | - | - | - | - | - | - | - | - | - | - | - |
| Less: Interest on CD | - | - | - | - | - | - | - | - | - | (462.03) | - |
| Cash Generated from Operations | (21,828.09) | (126,269.67) | (150,595.87) | (77,262.15) | (67,739.75) | (102,739.98) | (107,683.18) | (79,933.65) | (44,318.01) | (40,574.01) | (44,696.71) |
| | | | | | | | | | | | |
| ADD: (enter as positive) | | | | | | | | | | | |
| *Decrease in Assets* | | | | | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | 17,940.24 | - | 8,188.68 | 11,037.91 | - | 2,291.20 | 15,221.51 | 3,083.53 | 3,083.53 | 3,931.03 | 2,914.03 |
| Other Current Assets | 5,324.68 | 16,567.61 | 7,942.00 | - | - | 2,062.28 | - | - | - | 9,587.80 | - |
| Fixed Assets | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - | - | - | - |
| *Increase in Liabilities* | | | | | | | | | | | |
| Post Petition Debt | 3,138.78 | 37,735.56 | - | 66,584.24 | 68,176.89 | 83,386.25 | - | 126.95 | - | - | 10,755.17 |
| Pre Petition Debt | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| SUBTRACT: (enter as negative) | | | | | | | | | | | |
| *Increase in Assets* | | | | | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | - | (2,808.98) | - | - | (437.14) | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | (9,327.76) | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - | - | - | - |
| *Decrease in Liabilities* | | | | | | | | | | | |
| Post Petition Debt | - | - | (17,399.49) | - | - | - | (24,461.62) | - | (54,746.52) | (28,883.13) | - |
| Pre Petition Debt | - | (19,791.67) | - | - | - | - | - | - | - | - | - |
| **TOTAL SOURCES (USES) OF CASH** | 26,403.70 | 31,702.52 | (1,268.81) | 77,622.15 | 67,739.75 | 87,739.73 | (18,567.87) | 3,210.48 | (51,662.99) | (15,364.30) | 13,669.20 |
| | | | | | | | | | | | |
| **NET CASH INCREASE (DECREASE)** | 4,575.61 | (94,567.15) | (151,864.68) | 360.00 | - | (15,000.25) | (126,251.05) | (76,723.17) | (95,981.00) | (55,938.31) | (31,027.51) |

| Directory Distributing Associates, Inc. | | Schedule of A/R AGING | | | | | |
|---|---|---|---|---|---|---|---|
| 16-47428 August 31, 2017 October 14, 2016 | | TOTAL ACCOUNTS RECEIVABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 - 120 DAYS | OVER 120 DAYS |
| Filing Date | 14-Oct-16 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | October-16 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | November-16 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | December-16 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | January-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | February-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | March-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | April-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | May-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | June-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | July-17 | | | | | | |
| % of Total | | | | | | | |
| Month Ending | August-17 | | | | | | |
| % of Total | | | | | | | |

NOTE:  The Debtor ceased business operations on December 31, 2015 and collected all of its customer accounts receivables during the pre-petition period in 2016.  Amounts due to the Debtor at and subsequent to the petition date are included as other assets.

## Schedule of FIXED ASSETS

**Directory Distributing Associates, Inc.**
16-47428
August 31, 2017
October 14, 2016

| | FILING DATE 10/14/16 | MONTH ENDED 10/31/16 | MONTH ENDED 11/30/16 | MONTH ENDED 12/31/16 | MONTH ENDED 01/31/17 | MONTH ENDED 02/28/17 | MONTH ENDED 03/31/17 | MONTH ENDED 04/30/17 | MONTH ENDED 05/31/17 | MONTH ENDED 06/30/17 | MONTH ENDED 07/31/17 | MONTH ENDED 08/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building | - | - | - | - | - | - | - | - | - | - | - | - |
| Land | - | - | - | - | - | - | - | - | - | - | - | - |
| Improvements | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Furniture & Equipment | - | - | - | - | - | - | - | - | - | - | - | - |
| Shop Machinery & Equipment | - | - | - | - | - | - | - | - | - | - | - | - |
| PC/Lan/Mainframe | - | - | - | - | - | - | - | - | - | - | - | - |
| Automobile | - | - | - | - | - | - | - | - | - | - | - | - |
| Boat/Airplane | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangibles | - | - | - | - | - | - | - | - | - | - | - | - |
| Other ___ | - | - | - | - | - | - | - | - | - | - | - | - |
| Other ___ | - | - | - | - | - | - | - | - | - | - | - | - |
| Other ___ | - | - | - | - | - | - | - | - | - | - | - | - |
| Other ___ | - | - | - | - | - | - | - | - | - | - | - | - |
| Other ___ | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL** | - | - | - | - | - | - | - | - | - | - | - | - |

NOTE:  The Debtor's originally filed and amended Schedules and the Debtor's accounting records at the filing date did not include any balances for fixed assets.
Some old office furniture and fixtures are located in the Globe Building.  Upon information and belief, the value of these assets is nominal.

| Directory Distributing Associates, Inc. | Schedule of POST PETITION DEBT | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-47428 | FILING DATE | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED | MONTH ENDED |
| August 31, 2017 | | | | | | | | | | | | |
| October 14, 2016 | 10/14/16 | 10/31/16 | 11/30/16 | 12/31/16 | 01/31/17 | 02/28/17 | 03/31/17 | 04/30/17 | 05/31/17 | 06/30/17 | 07/31/17 | 08/31/17 |
| TRADE ACCOUNTS PAYABLE | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| TAXES PAYABLE | | | | | | | | | | | | |
|   Federal payroll taxes | - | - | - | - | - | - | - | - | - | - | - | - |
|   State payroll taxes | - | - | - | - | - | - | - | - | - | - | - | - |
|   Local payroll taxes | - | - | - | - | - | - | - | - | - | - | - | - |
|   State sales taxes | - | - | - | - | - | - | - | - | - | - | - | - |
|   Real taxes/personal prop. taxes | - | - | - | - | - | - | - | - | - | - | - | - |
|   Other _____ | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL TAXES PAYABLE | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| OTHER LIABILITIES | | | | | | | | | | | | |
|   Post petition secured debt | - | - | - | - | - | - | - | - | - | - | - | - |
|   Accrued interest payable | - | - | - | - | - | - | - | - | - | - | - | - |
|   Bank Fees | - | - | - | - | 2,199.57 | 3,429.84 | - | - | - | - | - | - |
|   Workers Compensation | - | - | 5,383.58 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 | 6,230.08 |
|   Captive Consulting Fee | - | 1,041.66 | - | - | - | - | - | - | - | - | - | - |
|   Attorney Fees | - | 382.12 | 25,807.56 | 1,865.32 | 51,677.42 | 82,962.22 | 132,312.37 | 111,515.47 | 112,561.68 | 66,278.78 | 35,710.87 | 40,036.76 |
|   Attorney Fees - Holdbacks | - | 90.00 | 6,433.20 | 10,010.70 | 23,331.60 | 31,346.30 | 43,675.71 | 31,616.21 | 41,654.25 | 46,296.78 | 50,349.08 | 56,175.40 |
|   Accounting Fees | - | - | - | 493.75 | 1,528.75 | 20,500.06 | 43,117.01 | 47,512.29 | 34,482.04 | 18,203.16 | 17,637.87 | 16,485.55 |
|   Accounting Fees - Holdbacks | - | - | - | - | - | 3,673.60 | 9,255.56 | 15,275.16 | 17,663.76 | 19,686.04 | 21,928.34 | 23,665.29 |
|   Accrued Contractor Fees | - | - | - | - | - | 1,755.00 | 1,506.50 | 4,123.40 | 3,395.75 | 3,896.20 | 1,260.00 | 1,170.00 |
|   Accrued rent | - | - | - | - | - | 3,030.54 | - | 238.00 | - | - | - | - |
|   US Trustee Fees | - | 1,625.00 | 3,250.00 | 4,875.00 | 5,091.67 | 5,308.34 | 5,525.00 | 650.00 | 1,300.00 | 1,950.00 | 541.67 | 650.00 |
| TOTAL OTHER LIABILITIES | - | 3,138.78 | 40,874.34 | 23,474.85 | 90,059.09 | 158,235.98 | 241,622.23 | 217,160.61 | 217,287.56 | 162,541.04 | 133,657.91 | 144,413.08 |
| | | | | | | | | | | | | |
| TOTAL POST PETITION DEBT | - | 3,138.78 | 40,874.34 | 23,474.85 | 90,059.09 | 158,235.98 | 241,622.23 | 217,160.61 | 217,287.56 | 162,541.04 | 133,657.91 | 144,413.08 |

*Directory Distributing Ass[oc]*
*16-47428*
*August 31, 2017*
*October 14, 2016*

## Summary of SIGNIFICANT ITEMS

**1. INSURANCE COVERAGE**

| | Carrier or Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation (3) | Travelers | cancelled | 7/2/2017 | 7/2/2017 |
| Workers' Compensation - deductible coverage | Edradour | unkown | unknown | unknown |
| General Liability (1) | Travelers | $ 2,000,000 | 12/31/2017 | 12/31/2017 |
| Excess Liability (Umbrella) | Travelers | $ 5,000,000 | 12/31/2017 | 12/31/2017 |
| Automobile Liability (1) | Travelers | $ 2,000,000 | 12/31/2017 | 12/31/2017 |
| Automobile Collision | | | | |
| Errors & Omissions (2) | Chubb | cancelled | 3/22/2017 | 3/22/2017 |
| Directors & Officers | | | | |
| Bond of Trustee | Int'l Sureties LTD | $ 2,500,000 | 2/15/2018 | 2/15/2018 |
| Policy Extension to "valuable papers" (1) | Travelers | $ 2,000,000 | 12/31/2017 | 12/31/2017 |

(1) Coverage included in a single "business owners policy".
(2) Policy cancelled effective 3/22/2017 per order, Doc #128 dated 4/6/2017.
(3) Policy cancelled effective 7/2/2017 per Travelers Insurance.

**2. PAYMENTS to SECURED CREDITORS**

| Payee | Description | Current Month Amount Paid | Total Paid Post Petition |
|---|---|---|---|
| None | | | |
| None | | | |
| None | | | |
| None | | | |
| None | | | |
| None | | | |
| None | | | |

**3. PAYMENTS to TAX ENTITIES (Current Month)**

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid |
|---|---|---|---|
| Federal Payroll Taxes* | | None | None |
| Federal Payroll Taxes* | | None | None |
| Federal Payroll Taxes* | | None | None |
| Federal Payroll Taxes* | | None | None |
| Federal Payroll Taxes* | | None | None |
| FUTA | | None | None |
| State Payroll Taxes withheld | | None | None |
| SUTA | | None | None |
| State Sales & Use Taxes | | None | None |
| Property Taxes | | None | None |
| Other | | None | None |

*Includes employee Federal Income Taxes withheld, employee FICA taxes withheld, employee Medicare taxes withheld, employer FICA match and employer Medicare match.

| *Directory Distributing Ass* *16-47428* *August 31, 2017* *October 14, 2016* | Summary of SIGNIFICANT ITEMS |
|---|---|

**4. PAYMENTS of COMPENSATION (Current Month)**

| Name | Amount | Date of Court Order |
|---|---|---|
| None | | |
| None | | |
| None | | |
| None | | |
| None | | |
| None | | |
| None | | |
| None | | |

List all payments made ot owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations

**5. PAYMENTS to PROFESSIONALS (Current Month)**

| Name | Amount | Date of Court Order |
|---|---|---|
| Carmody MacDonald | None | 12/19/2016 |
| Carr Allison | None | 12/19/2016 |
| Lewis Brisbois | None | 3/9/2017 |
| McCarthy, Leonard & Kaemmerer, L.C. | 1,687.20 | 4/6/2017 |
| Thompson Coburn LLP | 16,904.02 | 3/9/2017 |
| Walker & Patterson, PC | None | 2/8/2017 |
| Williams-Keepers LLC | 8,122.71 | 3/9/2017 |

**6. RECORD of DISBURSEMENTS AND PAYMENTS of QUARTERLY FEES**

| Period Ending | Total Disbursements | Quarterly Total | Quarterly Fee | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| October 2016 | 749.07 | | | | | |
| November 2016 | 111,134.76 | | | | | |
| December 2016 | 199,611.44 | 311,495.27 | 4,875.00 | 04/19/17 | 4,875.00 | 1091 |
| January 2017 | - | | | | | |
| February 2017 | - | | | | | |
| March 2017 | 17,043.91 | 17,043.91 | 650.00 | 04/19/17 | 650.00 | 1091 |
| April 2017 | 126,511.09 | | | | | |
| May 2017 | 76,723.17 | | | | | |
| June 2017 | 95,981.00 | 299,215.26 | 1,950.00 | 07/19/17 | 1,950.00 | 1118 |
| July 2017 | 67,175.11 | | | | | |
| August 2017 | 31,027.51 | | | | | |
| September 2017 | - | 98,202.62 | | | | |

| Quarterly Disbursement Range | | | Fee Due | Quarterly Disbursement Range | | | Fee Due |
|---|---|---|---|---|---|---|---|
| $ - | $ | 14,999.99 | $ 325 | $ 1,000,000.00 | $ | 1,999,999.99 | $ 6,500 |
| $ 15,000.00 | $ | 74,999.99 | $ 650 | $ 2,000,000.00 | $ | 2,999,999.99 | $ 9,750 |
| $ 75,000.00 | $ | 149,999.99 | $ 975 | $ 3,000,000.00 | $ | 4,999,999.99 | $ 10,400 |
| $ 150,000.00 | $ | 224,999.99 | $ 1,625 | $ 5,000,000.00 | $ | 14,999,999.99 | $ 13,000 |
| $ 225,000.00 | $ | 299,999.99 | $ 1,950 | $ 15,000,000.00 | $ | 29,999,999.99 | $ 20,000 |
| $ 300,000.00 | $ | 999,999.99 | $ 4,875 | $ 30,000,000.00 | | or more | $ 30,000 |

**7. REPORT OF OTHER SIGNIFICANT EVENTS**

Provide date(s) and brief narrative description for any significant management, legal, accounting or other financial events which occurred during the month that are not otherwise reported above.

None to report.

Bank Statement and Reconciliation

Account Ending 8637

August 31, 2017



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

AG    0    722 158 588 020097  #@01 AV 0.373

DIRECTORY DISTRIBUTING ASSOCIATES INC
DEBTOR IN POSSESSION CASE 16-47428
C/O WILLIAMS-KEEPERS LLC
2005 W BROADWAY STE 100
COLUMBIA, MO  65203-1299

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118



# Your Full Analysis Business Checking

for August 1, 2017 to August 31, 2017             Account number: 8637

**DIRECTORY DISTRIBUTING ASSOCIATES INC    DEBTOR IN POSSESSION CASE 16-47428**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on August 1, 2017 | $973,694.29 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -31,004.58 | Average ledger balance: $955,686.17 |
| Service fees | -22.93 | |
| **Ending balance on August 31, 2017** | **$942,666.78** | |

Page 2 of 4 is blank




**Bank of America Merrill Lynch**

**Your checking account**

DIRECTORY DISTRIBUTING ASSOCIATES INC  |  Account # ████████ 8637  |  August 1, 2017 to August 31, 2017

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 08/14 | 1119 | 813009392885512 | -1,260.00 | 08/14 | 1122 | 813009392113279 | -16,904.02 |
| 08/21 | 1120 | 813008592671673 | -3,030.65 | 08/11 | 1123 | 813009292061176 | -8,122.71 |
| 08/16 | 1121 | 813009892183023 | -1,687.20 | | | | |

**Total checks** -$31,004.58
**Total # of checks** 5

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/15/17 | 07/17 ACCT ANALYSIS FEE | -22.93 |

**Total service fees** -$22.93

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 973,694.29 | 08/14 | 947,407.56 | 08/16 | 945,697.43 |
| 08/11 | 965,571.58 | 08/15 | 947,384.63 | 08/21 | 942,666.78 |

10:11 AM
09/06/17

# DIRECTORY DISTRIBUTING ASSOCIATES, INC.
## Reconciliation Summary
### DIP Checking Account (BOA 8637), Period Ending 08/31/2017

|  | Aug 31, 17 |
|---|---:|
| **Beginning Balance** | 973,694.29 |
|   **Cleared Transactions** |  |
|     **Checks and Payments - 6 items** | -31,027.51 |
|   **Total Cleared Transactions** | -31,027.51 |
| **Cleared Balance** | **942,666.78** |
| **Register Balance as of 08/31/2017** | 942,666.78 |
| **Ending Balance** | 942,666.78 |

10:11 AM
09/06/17

# DIRECTORY DISTRIBUTING ASSOCIATES, INC.
## Reconciliation Detail
### DIP Checking Account (BOA 8637), Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 973,694.29 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 08/08/2017 | 1122 | Thompson Coburn L... | X | -16,904.02 | -16,904.02 |
| Bill Pmt -Check | 08/08/2017 | 1123 | Williams-Keepers, L... | X | -8,122.71 | -25,026.73 |
| Bill Pmt -Check | 08/08/2017 | 1120 | Globe Building | X | -3,030.65 | -28,057.38 |
| Bill Pmt -Check | 08/08/2017 | 1121 | McCarthy, Leonard ... | X | -1,687.20 | -29,744.58 |
| Bill Pmt -Check | 08/08/2017 | 1119 | Eric Sherman | X | -1,260.00 | -31,004.58 |
| General Journal | 08/15/2017 | WK224 | | X | -22.93 | -31,027.51 |
| Total Checks and Payments | | | | | -31,027.51 | -31,027.51 |
| Total Cleared Transactions | | | | | -31,027.51 | -31,027.51 |
| Cleared Balance | | | | | -31,027.51 | 942,666.78 |
| Register Balance as of 08/31/2017 | | | | | -31,027.51 | 942,666.78 |
| **Ending Balance** | | | | | **-31,027.51** | **942,666.78** |