# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) **Chapter 11** |
| | ) |
| | ) **Case No. 16-47428** |
| **DIRECTORY DISTRIBUTING ASSOCIATES, INC.** | ) |
| | ) **Hon. Kathy A. Surratt-States** |
| | ) |
| **Debtor.** | ) Ref nos. 282 and 283 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2018, I caused to be served the:

    a. "Order Approving the Trustee's Nunc Pro Tunc Retention of Epiq Corporate Restructuring, LLC as Noticing Agent", dated December 20, 2018 [Docket no. 282] and

    b. "Order (A) Scheduling a Hearing on the Chapter 11 Trustee's Disclosure Statement and Certain Motions Filed in Connection Therewith, (B) Approving Procedures To Identify Recipients of the Notice of Such Hearing; (C) Approving Form and Manner of Such Notices; and (D) Granting Certain Related relief", dated December 21, 2018 [ Docket no. 283]

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Forrest Kuffer*
                                                            Forrest Kuffer

Sworn to before me this
2nd   day of January, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**DDA: DI 282 & 283 12-27-18**

ZACK A CLEMENT
ZACK A. CLEMENT PLLC
3753 DRUMMOND
HOUSTON, TX 77025

**DDA: DI 282 & 283 12-27-18**

CYNTHIA THOMSON DIGGS
HOLMES DIGGS EAMES
5300 MEMORIAL DR, STE 900
HOUSTON, TX  77007

**DDA: DI 282 & 283 12-27-18**

STEVEN A. GINTHER
MISSOURI DEPT OF REVENUE
GENERAL COUNSEL'S OFFICE
PO BOX 475
JEFFERSON CITY, MO 65105

**DDA: DI 282 & 283 12-27-18**

RICHARD W. MITHOFF
MITHOFF LAW FIRM
500 DALLAS ST, SUITE 3450
HOUSTON, TX  77002

**DDA: DI 282 & 283 12-27-18**

JOHNIE J PATTERSON
WALKER & PATTERSON, P.C.
P.O. BOX 61301
HOUSTON, TX 77208-1301

**DDA: DI 282 & 283 12-27-18**

RUSSELL S POST
BECK REDDEN SECREST LLP
1221 MCKINNEY
SUITE 4500
HOUSTON, TX  77010

**DDA: DI 282 & 283 12-27-18**

JUDITH BATSON SADLER
HOLMES, DIGGS, EAMES & SADLER
5300 MEMORIAL DR
STE 900
HOUSTON, TX 77077

**DDA: DI 282 & 283 12-27-18**

JULIE A TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 CAPITAOL MALL #3000
SACRAMENTO, CA  95814

**DDA: DI 282 & 283 12-27-18**

KATHERINE GINZBURG TREISTMAN
ORRICK HERRNGTON SUTCLIFFE LLP
1301 MCKINNEY STREET
STE 4100
HOUSTON, TX 77010

**DDA: DI 282 & 283 12-27-18**

JOHN P. VACLAVEK
WILLIAMS-KEEPERS LLC
2005 WEST BROADWAY
SUITE 100
COLUMBIA, MO 65203