Date: 1/28/19
Your Name: Letisha J. Pemberton
Your Address: 635 Leffler Circle SE #101
Palm Bay, FL 32909-2334

United States Bankruptcy Court
Eastern District of Missouri
111 South 10th St., 4th Floor
St. Louis, MO 63102
Attn: Directory Distributing Associates, Inc., No. 16-47428

Re: Matters for the February 7, 2019 hearing
    Disclosure Statement
    Estimation Motion
    Procedures Motion

Dear Clerk:

*(Please check only one)*

☑ I support the Motions to be heard on February 7, 2019

☐ I oppose the Motions to be heard on February 7, 2019.

☐ I support some of the Motions to be heard on February 7, 2019 and oppose others.

*(Please explain the reasons for your selection) (use additional sheets if necessary)*

Please see the additional sheets of paper enclosed.

_____ (Sign Here)

A copy of this letter should be mailed to

DDA Bankruptcy Trustee
c/o Thompson Coburn LLP
One US Bank Plaza, Suite 3200
St. Louis, MO 63101

2019 APR 29 AM 10: 59

To whom it may concern,

I, Letisha J. Pemberton, definitely supports the Estimation Motion along with the Disclosure Statement of Bankruptcy by DDA. I worked for DDA between the years of 2009-2015. As stated in the motion sent to me, it is true of how the wages paid to myself were not correct. Not only was the wages less than minimum wage, many times the mileage paid, while using my own vehicle, was also incorrect. In addition to the wages and mileage being incorrectly paid, my vehicle, a 1994 Lexus, was affected by the heavy loads of phone books for each route given to me. As a result of the issues caused by the heavy loads of books for each route, I eventually had to trade in my Lexus for a different vehicle, while continuing to complete the routes, being I could not afford paying for the expenses the heavy loads of books caused on my Lexus. I knew even back then, for the one Summer I worked for DDA, the compensation was incorrect. I did not make it a big deal. However, when offered the job the following year, I without hesitation declined the offer, because of the unfairness of pay along with incorrect compensation of mileage as well. I really hope I, along with many others, will get the compensation which was blatantly stolen from us. Working the job was very strenuous in so many ways. Most of the time, I needed others to help me. This meant out of what I already was not fairly getting paid for, I then had to pay other individuals who took the time out to help me with the routes given to me. I live in Florida. During the summer, the temperature, along with the humidity, is almost 100 degrees on a daily basis. DDA should have paid me, along with the other workers, much more than we were compensated. I really hope and pray this Bankruptcy Motion wins in the favor of the Laborers, not for DDA who knew the compensation, from the get go, was so unfair also incorrect. They deserve to compensate for what they should have paid their workers. I look forward to hearing the end result of this entire case.

Thank you,

Letisha Pemberton

From: Letisha Pemberton

6235 Loffler Circle SE #104
Palm Bay, FL 32909

TO: United States Bankruptcy Court
Eastern District of Missouri
111 South 10th St., 4th Floor
St. Louis, MO 63102
Attn: Director of Distributing
Associates, Inc., NO. 16-474