UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., | ) ) | Case No. 16-47428 |
| | ) | |
| Debtor. | ) | |

**NOTICE TO DELIVERY WORKERS OF FIRST AMENDED PLAN AND FIRST AMENDED DISCLOSURE STATEMENT AND PROCEDURES MOTION FILED IN DIRECTORY DISTRIBUTING ASSOCIATES, INC.'S BANKRUPTCY CASE AND YOUR RIGHT TO OBJECT**

You previously received a notice that Directory Distributing Associates, Inc.'s ("DDA's") records show that you delivered AT&T and/or YP telephone books for DDA between 2009 and 2015. You are receiving this Notice because you filed a response to the earlier notice and there have been important developments in DDA's case since you filed your response.

The earlier notice explained that DDA filed for Chapter 11 bankruptcy in St. Louis, Missouri in October 2016, and that the bankruptcy filing stopped all lawsuits against DDA, including two lawsuits for alleged unpaid wages and overtime pay, one in Texas and one in California.

Since the earlier notice was sent, DDA's bankruptcy trustee, the lawyers representing some of the delivery workers in the Texas and California lawsuits, and others have reached a preliminary agreement to resolve the issues raised in the Texas and California lawsuits. The Trustee has prepared an Amended Plan and Amended Disclosure Statement that includes this preliminary agreement.

You and the other delivery workers will have the opportunity to vote for or against the Amended Plan. The Bankruptcy Court will have to approve the Amended Plan before any checks can be mailed to delivery workers.

As the first step to obtain the necessary approvals, the Bankruptcy Court will hold a hearing on ____ _____ 2019 to determine whether the Amended Disclosure Statement contains enough information about the settlement for delivery workers to be able to vote on the Plan. The Bankruptcy Court will also hold a hearing on _____, 2019 on a motion to approve procedures to be followed in connection with the Amended Plan, Amended Disclosure Statement, and other documents (the "Procedures Motion").

You can obtain copies of the Amended Disclosure Statement and the Procedures Motion for free on the internet at **http://dm.epiq11.com/directory.**

7330258.2

> Please read this Notice carefully and discuss it with your attorney/s. If you do not have an attorney, you may wish to consult one.

**DID THE BANKRUPTCY COURT AUTHORIZE THIS NOTICE?**

Yes. The Bankruptcy Court for the Eastern District of Missouri in St. Louis authorized this Notice. This Notice is not a solicitation from a lawyer. You are **not** being sued.

Instead, this Notice tells you about the next step in the process that may lead to you receiving some payment from DDA for unpaid wages and overtime pay.

**WHAT DO I NEED TO KNOW ABOUT THE BANKRUPTCY CASE AT THIS TIME?**

On _____, 2019 at __ a.m., the Bankruptcy Court will have a hearing ("**Hearing**") to determine whether (a) the Amended Disclosure Statement contains the correct information needed in order for it to be sent to all eligible delivery workers, and (b) whether the Procedures Motion should be approved.

The July __ Hearing will **not** determine whether you receive any payments from DDA's bankruptcy or how much any payments might be. If the Bankruptcy Court approves the Disclosure Statement and approves the Procedures Motion at the Hearing, you will receive another notice that contains more specific information and gives you the ability to vote for or against the Amended Plan and to file a claim for payment.

**WHAT ARE MY NEXT STEPS?**

You do not have to do anything at this point if you do not want to. Your failure to object will not affect your right to receive funds under the Plan. However, you can object to the Amended Disclosure Statement and the Procedures Motion if you want to. The decision to object to some or all of the matters at the July __ Hearing is totally yours. No one can retaliate against you if you decide to object.

**HOW DO I OBJECT TO THE MATTERS FOR THE JULY __, 2019 HEARING?**

If you want to object to the Amended Disclosure Statement or the Procedures Motion, you must file your objection no later than June __, 2019.

Any objection must: (i) be in writing; (ii) state your name and address; (iii) say what you object to; and (iv) tell why you object. A form for this purpose is available for free on the internet at **http://dm.epiq11.com/directory**. You should mail your objection to the Clerk of the Court at the following address:

United States Bankruptcy Court
Eastern District of Missouri
111 South 10th St., 4th Floor
St. Louis, MO 63102
Attn: Directory Distributing Associates, Inc., No. 16-47428

You must mail your objection early enough so the Clerk of the Court receives it on or before June ___, 2019. You must also mail a copy of your objection so it is received no later than June ___, 2019 to:

DDA Bankruptcy Trustee
c/o Thompson Coburn LLP
One US Bank Plaza, Suite 3200
St. Louis, MO 63101

If you are represented by an attorney, your attorney must file an objection through the CM/ECF system on the Bankruptcy Court's website at https://www.ecf.moeb.uscourts.gov.

**WHEN AND WHERE IS THE JULY __, 2019 HEARING AND CAN I ATTEND?**

The Bankruptcy Court will hold a hearing on whether to approve the Amended Disclosure Statement and the Procedures Motion on **July __, 2019 at __:00 a.m. Central Time**. The hearing will occur at the Thomas F. Eagleton United States Courthouse, 111 South 10th St., Courtroom 7 North, St. Louis, MO 63102.

You may attend the hearing if you want to be there. You will be allowed to tell the Bankruptcy Court about your objection or support so long as you submit a written objection as described above. **You do not have to attend the hearing to be eligible to receive money.**

Please review the Bankruptcy Court's website at **www.moeb.uscourts.gov** before coming to the hearing to become familiar with the requirements for the Court, including directions, where you can park, disability access and the requirement to bring valid photo identification in order to enter the Courthouse.

Dated this ____ day of _____, 2019.