UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Directory Distributing Associates, Inc. | Case No. 16-47428 |
| Debtor. | Hon. Kathy A. Surrat-States |

NOTICE OF SATISFACTION OF THE PROOFS OF CLAIM
OF THE ACE/CHUBB COMPANIES

ACE American Insurance Company ("ACE American"), Federal Insurance Company ("Federal"), Executive Risk Indemnity, Inc. ("Executive Risk") and Great Northern Insurance Company ("Great Northern," and together with ACE American, Federal, Executive Risk and each of their successors and affiliates, the "ACE/Chubb Companies"), by and through their undersigned counsel, hereby file this notice (the "Notice") of the satisfaction of the ACE/Chubb Companies' Proofs of Claim (as defined herein).

**Relevant Background**

1. The ACE/Chubb Companies timely certain proofs of claim in the Bankruptcy Case[1] asserting claims against Directory Distributing Associates, Inc. (the "Debtor") arising under the ACE/Chubb Insurance Program, and those claims were assigned claim numbers 14, 16, 17 and 18 by the Court (collectively, the "ACE/Chubb Companies' Proofs of Claim").

2. Thereafter, the Debtor and the ACE/Chubb Companies, among others, entered into that certain Settlement Agreement dated as of April 11, 2019, (the "Settlement Agreement").

3. On May 8, 2019, the Trustee filed the *Motion for Approval of Settlement Agreement*

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Settlement Agreement (as defined herein).

*Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 492] seeking approval of the Settlement Agreement, which was attached.

4. On June 5, 2019, the Court entered an order approving the Settlement Agreement [Docket No. 506].

### Satisfaction of the ACE/Chubb Companies' Proofs of Claim

5. Pursuant to paragraph 9 of the Settlement Agreement, the ACE/Chubb Companies hereby file this Notice and state that each of the ACE/Chubb Companies' Proofs of Claim are satisfied pursuant to the terms of the Settlement Agreement.

Respectfully Submitted,

Date: July 9, 2019

/s/ *Wendy M. Simkulak*
Wendy M. Simkulak (*admitted pro hac vice*)
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1547
Facsimile: (215) 979-1020
Email: WMSimkulak@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document on the following parties:

| | |
|---|---|
| Office of the United States Trustee<br>Thomas F. Eagleton Building<br>111 South Tenth Street, Suite 6353<br>St. Louis, MO 63102<br>*U.S. Trustee* | Robert E. Eggmann<br>Thomas H. Riske<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Suite 1800<br>St. Louis, MO 63105<br>*Counsel to the Debtor* |
| David A. Warfield<br>David D. Farrell<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>*Counsel to the Chapter 11 Trustee* | Marshall C. Turner<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>*Counsel to Edradour Insurance Company* |

Date: July 9, 2019

/s/ Wendy M. Simkulak
Wendy M. Simkulak